UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEWAL S.,

                 Petitioner,

     v.

MINGA WOFFORD, et al.,

                 Respondents.

No.  1:26-cv-00335-TLN-EFB (HC)

ORDER

Petitioner proceeds with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The District Judge has granted preliminary injunctive relief ordering petitioner's release from immigration detention and referring the matter to the undersigned magistrate judge.  ECF No. 7.

Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent is directed to show cause why the writ should not be granted by filing an answer/return.  See 28 U.S.C. § 2243.

////

////

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.      Respondents' answer/response to the § 2241 petition is due no later than 20 days from the date of this order.

2.      Petitioner's reply is due 14 days after being served with the answer.

Dated:  February 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2